08-60821.oa

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-60821-CIV-MARTINEZ-BROWN

HECTOR MARIN AND OMHERY MADRIZ,

    Plaintiff,

vs.

ALVAREZ, ARMAS & BORRON, P.A., et al.,

    Defendants.

_____/

## ORDER RE: RENEWED MOTION FOR SANCTIONS

**THIS MATTER** is before the Court on Defendants' Renewed Motion for Sanctions ... (D.E. 33), filed April 23, 2009. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

This motion contains some very serious allegations against plaintiffs and their attorney. The validity of those allegations is given credence by the entry of summary judgment against plaintiffs...and even more credence by the fact that the motion for summary judgment was not responded to - and the only filing by plaintiffs in "response" was in violation of a Court order...seeking more time after the Court had already and specifically stated that no extension would be considered (see D.E. 26).

The motion filed by plaintiff is egregious for more than one reason. First it seeks more time to file a response to the motion for summary judgment for reasons that allegedly existed for the better part of two months, but this motion was filed on the very day of the deadline for the response. Secondly, the alleged grounds for the motion were an alleged failure to provide discovery for almost

two months, but no motion addressing that issue was ever filed.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The renewed motion for sanctions is **GRANTED**. Defendants shall be awarded all reasonable fees and costs incurred in the defense of this case. The Court finds no basis in the record or in the motion to assess same against plaintiffs, so this order for sanctions is addressed exclusively to plaintiffs' counsel.

2. On or before Tuesday, May 26, 2009, defendants shall submit a supplemental motion for fees and costs (to be verified), if appropriate after compliance with Local Rule 7.1.A.3. The motion shall set forth, with some degree of specificity the hours claimed, and sufficient information about counsel claiming same to allow the Court to determine the reasonableness of the hourly rate claimed. It is not necessary to involve expert testimony.

3. A hearing is scheduled for Monday, June 22, 2009, at 11:00 A.M. in the U.S. District Court, 301 N. Miami Ave. 10th floor. Counsel for plaintiffs shall be present and shall be prepared to explain to this Court why, in addition to the sanctions already noted, they should not be referred to the Peer Review Committee for further consideration.

4. Defendants are not required to be present - and will not be further compensated if they appear.

5. No attorneys fees or costs will be discussed at this hearing. If the Court determines that a hearing is necessary on that issue it will schedule same separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May, 2009.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Jose E. Martinez
      Counsel of record